AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America </br> v. </br> SCOTT ALLEN BOLGER </br> </br> *Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 1:25-MJ-00734 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 23, 2025** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threats |
| 18 U.S.C. § 1001(a)(2) | False statements |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Gavin R. Tisdale

*Complainant's signature*
FBI TFO, Ahmad Fahim Noor Harrif
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/26/2025

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.12.26 18:26:23 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*