# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

FILED IN OPEN COURT
DEC 2 9 2025
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

Scott Allen Bolger

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 1:25mJ734

Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is set for 12/30/25 at 2:00 p.m. before the Honorable William E. Fitzpatrick, United Magistrate Judge in
*Judicial Officer*

Courtroom 500 located at 401 Courthouse Square, Alexandria, Virginia. Pending
*Location of Judicial Officer*

this hearing, the defendant shall be held in custody by the United States Marshal (_____) and produced for the hearing.
*Other Custodial Official*

Date: 12/29/2025

/s/ William E. Fitzpatrick
United States Magistrate Judge
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.