| | | |
|---|---|---|
| **Date:** 12/30/25 | **Case:** 1:25mj734 | **Time:** 2:23-2:48 p.m. |

**Judge:** William E. Fitzpatrick

| | |
|---|---|
| **Tape/Courtroom:** FTR/500 | **Court Reporter:** |

**Hearing:** PH/DH

### Eastern District of Virginia
### Alexandria Division
### United States of America
### v.
Scott Bolger

**Participants**
**USA:** Russell Carlberg
**Defense Counsel:** Todd Richman

| | | |
|---|---|---|
| **Court to appoint counsel:** FPD | **Interpreter:** | ☐Conflict |

**Language:**

☐Defendant did not appear  ☐Warrant to be issued upon probable cause statement
☐Government motion to continue hearing – GRANTED

**Advisement**
Rule 5    ☐Due Process Protections Act

**Dismissal**
☐Case dismissed with prejudice    ☐Case dismissed without prejudice

**Plea**
☐ Consent to trial before a USMJ    ☐Plea entered, Court accepts plea
☐Plea of Guilty to Count(s):    ☐Dismissal of Count(s):

☐Sentence:

☐Order setting conditions of release

**Trial**
Matter set for bench trial:    ☐Matter set for jury trial
☐Motions due :    ☐Responses due:
Govt adduced evidence and rests    ☐Trial held and completed
☐Not Guilty of Count(s):    ☐Guilty of Count(s): Count 1 & Count 2
☐Dismissal of Count(s):    ☐Deft advised of appeal rights
Sentence:

**Future Proceedings**
Next hearing:

**Notes:** USA calls witness and adduced evidence; Agent adopts the affidavit as part of his testimony. Affidavit admitted into evidence as Gov't Exh# 1. Cross-examination of witness. No argument as to PC; Court finds PC. Matter continued for further proceedings before the Grand Jury. USA seeks detention; Deft argues for Bond w/conditions-DENIED. Deft remanded to USMS custody w/o Bond pending trial.