Exhibit One



-----Original Message-----
[redacted]
Sent: Tuesday, December 30, 2025 12:48 PM
[redacted]
Subject: [EXTERNAL] Statement

As a young kid, my dad would constantly push me to listen to others' view points before proclaiming my opinion. I was encouraged to listen and learn.
Today, I practice what my dad taught me. I value calm debates where people share their thoughts and opinions - and I share mine.
I'm never offended by a passionate discussion about an issue and even value the back and forth arguments.
In my current role as a Presidential Envoy, I have been attacked and harassed by people who don't know me and who simply want to leave nasty, rude and angry messages because I don't share their political viewpoint. But I strongly believe it is their right to be bitter and angry. I understand the passion.
And I think the freedom to be rude and angry is a cherished right.
But today is much different. Today we are dealing with someone who went far beyond sharing his angry opinion. Today we see a man who wants to kill someone because of their political differences.
And as we have sadly learned from my friend Charlie Kirk's death, we must take talk of violence and calls for death seriously.
This individual crossed the line from sharing his viewpoint to wanting to shoot someone in the face because he disagrees with them politically. It is very troubling.
People need to understand the difference between calls for better policy and calls for violence.
And while I have truly forgiven this individual for his calls for death, we have a responsibility to show society that this type of behavior is unacceptable.
The people doing what he is doing, and there are many, must be given clear instructions from community leaders that their calls for shooting people in the head will have swift and severe consequences. Unstable people are watching what we do today.

Sincerely,

Richard A. Grenell